**No. 66354.**—Karl Heitz Import Co. and Victory Shipping Co., Inc. *v.* United States, protest 285700–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of plastic slide frames or mounts similar in all material respects to those the subject of Abstract 64154, the claim of the plaintiffs was sustained.